AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CORDELIUS BROWN,

    Plaintiff,

v.

TITLEMAX OF GEORGIA, INC., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24-cv-225

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered December 9, 2024, Plaintiff's motion to remand is granted. Therefore, this case is remanded to the Superior Court of Chatham County, Georgia, and stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: December 10, 2024

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk: Jamie Hodge